✎ GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  1:23-CR-00006-005 (LAG) |
| **ACCACIA RENAE GORDON** | |

Accacia Renae Gordon met her untimely demise on October 2, 2025, and thus is no longer in need of supervision.

Respectfully submitted,

Quinten L. Billingslea
Evidence Based Practices Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___24th___ day of ___June___, 2026.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE